No. 275. DYER *v*. CITY COUNCIL OF BELOIT ET AL. ▋ Submitted December 8, 1947. Decided February 2, 1948. *Per Curiam:* On consideration of the motion of the appellees to dismiss, it appearing that the cause has become moot, the judgment of the Supreme Court of Wisconsin is vacated and the cause is remanded for such further proceedings as by that court may be deemed appropriate. Costs in this Court will be taxed against the appellees. MR. JUSTICE BLACK and MR. JUSTICE BURTON are of the opinion that costs should be divided equally. *Claude D. Stout* submitted on brief for appellant. *J. Arthur Moran* submitted on brief for appellees. ▋

No. 467. JUNGERSEN *v*. OSTBY & BARTON CO. ET AL.; and

No. 468. OSTBY & BARTON CO. ET AL. *v*. JUNGERSEN, 332 U. S. 851, 852. Motions to extend the time to file petitions for rehearing until the expiration of this term denied.

No. 147, Misc. UNITED STATES EX REL. LUDECKE *v*. WATKINS, DISTRICT DIRECTOR OF IMMIGRATION. An order is entered staying execution and enforcement of the Attorney General's removal order herein dated January 18, 1946, until the further order of this Court.